# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| CHAISON SUBER, | : | Case No. 2:25-cv-391 |
| Plaintiff, | : | |
| vs. | : | District Judge Algenon L. Marbley |
| | : | Magistrate Judge Peter B. Silvain, Jr. |
| DEPUTY BAILEY KHUNE, | : | |
| Defendant. | : | |

## CALENDAR ORDER

This matter shall proceed as follows:

1. Discovery Deadline: **December 12, 2025**

2. Dispositive Motion Deadline: **January 12, 2026**

Final pretrial conference and trial dates shall be set if necessary after all dispositive motions have been ruled on.

**IT IS SO ORDERED.**

June 12, 2025

*s/Peter B. Silvain, Jr.*
Peter B. Silvain, Jr.
United States Magistrate Judge