**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **CHAISON SUBER,** | : | |
| | : | |
| **Plaintiff,** | : | **Case No. 2:25-cv-391** |
| | : | |
| **v.** | : | **Judge Algenon L. Marbley** |
| | : | |
| **MUSKINGUM COUNTY DEPUTY BAILEY KHUNE,** | : | **Magistrate Judge Peter B. Silvain, Jr.** |
| | : | |
| | : | |
| **Defendant.** | : | |

**ORDER**

On July 24, 2026, the Magistrate Judge issued a Report and Recommendation in this case recommending that the Court grant Defendant's Motion for Summary Judgment and terminate the action. (ECF No. 26 at 10–11). The Magistrate Judge also recommended that Plaintiff's allegations be dismissed for failure to state a claim upon which relief may be granted. (*Id.* at 10 n.3) (citing 28 U.S.C. § 1915(e)(2)). Plaintiff was advised of his right to object to the Report and Recommendation within fourteen days, and the consequences of failing to do so. (*Id.* at 12). No objection has been filed, and the deadline for such objections elapsed on August 7, 2026. Based upon an independent review, the Court **ACCEPTS** and **ADOPTS** the Magistrate Judge's Report and Recommendation. Defendant's Motion for Summary Judgment (ECF No. 17) is **GRANTED**, and the Clerk of Court is **DIRECTED** to close the case. The Court **CERTIFIES** that an appeal of this Order would not be taken in good faith and should not be permitted to proceed *in forma pauperis*. 28 U.S.C. § 1915(a)(3).

**IT IS SO ORDERED.**

**ALGENON L. MARBLEY**
**UNITED STATES DISTRICT JUDGE**

**DATED: September 4, 2026**